UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 21-6082-CBM (JPRx)**                                        Date: **March 15, 2022**
Title:  <u>**Trustees of the Bakers 37 Health & Welfare Trust Fund v. Frisco Baking Co.**</u>
===============================================================
**DOCKET ENTRY: Order to Show Cause re Settlement-Conference Papers**
===============================================================
PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

| <u>Bea Martinez</u> | <u>   n/a   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT:
        None present                                                  None present

**PROCEEDINGS: (IN CHAMBERS)**

Under the terms of the Court's January 25, 2022 settlement-conference order, the parties were each to submit to the Court a settlement-conference statement and confidential addendum no later than March 11.  Plaintiff complied, but Defendant did not.  If Defendant does not submit the required statements by noon on March 16, the settlement conference scheduled for Friday, March 18, will automatically be vacated with no further notice and the parties will be responsible for getting an extension of the settlement-conference and any other applicable deadline from the District Judge.

Regardless of whether Defendant submits its settlement-conference statements, it must show cause in writing no later than Thursday, March 17, 2022, why it should not be sanctioned $500 for failing to obey a court order.  That document must be filed as opposed to simply submitted to the Court.  If Defendant fails to comply with the OSC, the sanctions will likely be imposed.

cc: Judge Marshall

MINUTES FORM 11                                                    Initials of Deputy Clerk:<u>bm      </u>
CIVIL-GEN