LAURENCE S. ZAKSON (CSB 119435), and
NATALIA BAUTISTA (CSB 245669), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: laurencez@rac-law.com
         nataliab@rac-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAKERS 37 HEALTH AND WELFARE TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> FRISCO BAKING COMPANY, INC., a California corporation, <br><br> Defendant. | CASE NO. 2:21-CV-06082-CBM(JPRx) <br><br> HONORABLE CONSUELO B. MARSHALL <br><br> JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT [54] [JS-6] |

Pursuant to the Stipulation for Entry of Judgment filed by Plaintiffs, Trustees of the Bakers 37 Health and Welfare Trust Fund and Defendant, Frisco Baking Company, Inc., and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiffs, Trustees of the Bakers 37 Health and Welfare Trust Fund and against Defendant Frisco Baking Company, Inc., in the amount of $408,434.32.

447042 –Judgment

- 1 -

2. The Court retains jurisdiction over all disputes between and among the parties arising out of the Settlement Agreement, including but not limited to the interpretation and enforcement of the terms of the Settlement Agreement, as well as any supplemental proceedings to enforce any stipulated judgment entered under the terms of this Stipulated Judgment or the Settlement Agreement.

IT IS SO ORDERED.

DATED: APRIL 12, 2022



_____

Hon. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

447042 –Judgment

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party of the within action. My business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **April 11, 2022,** I served the foregoing document described **as (PROPOSED) JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** on the parties or attorneys for parties in this action who are identified below using the following means of service (if more than one means of service is checked):

David Kang, Esq.  
Atkinson, Andelson, Loya, Ruud & Romo  
12800 Center Court Drive, Suite 300  
Cerritos, CA 90703  
Email: David.kang@aalrr.com

Thomas A. Lenz, Esq.  
Atkinson, Andelson, Loya, Ruud & Romo  
12800 Center Court Drive, Suite 300  
Cerritos, CA 90703  
Email: tlenz@aalrr.com

___ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

X  BY E-MAIL. I caused a true and correct copy the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail as last given by that person on any document which he or she has filed in this action and served upon this office.

___ BY U.S. MAIL. I placed a true and correct copy of the foregoing document in sealed envelope(s) individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited with the U.S. Postal Service on the same day that it is collected in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 11, 2022 at Los Angeles, California.

X  [FEDERAL]. I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Cheryl Winborne*

CHERYL WINBORNE

447042 –Judgment